UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE LUNA, JR., <br><br>            Plaintiff, <br><br>    v. <br><br>LOLL, et al., <br><br>            Defendants. | Case No. 1:21-cv-01310-EPG (PC) <br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, ASSIGN A DISTRICT JUDGE, AND ISSUE ALL APPLICABLE STANDING ORDERS, SCHEDULING ORDERS, AND PROCESS |

This case was filed on August 30, 2021, by plaintiff Rene Luna, Jr., a prisoner proceeding *pro se*. The action was inadvertently designated at opening as a prisoner conditions-of-confinement case. Although Plaintiff is currently incarcerated in Kings County Jail, it appears that his allegations concern an excessive force incident that occurred prior to his incarceration.

Therefore, the Clerk's Office is HEREBY DIRECTED to:

1. Re-designate this action as a 440 civil action;

2. Assign a district judge to this case; and

3. Issue all applicable standing orders, scheduling orders, and process.

IT IS SO ORDERED.

Dated:  **September 1, 2021**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE