UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE LUNA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOLL, et al.,<br><br>　　　　　　Defendants. | No. 1:21-cv-01310-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED AS DUPLICATIVE OF CASE NO. 1:21-CV-01291-BAM<br><br>(Doc. No. 9) |

　　　　Plaintiff Rene Luna is a pretrial detainee proceeding *pro se* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 7, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed as duplicative of *David Ponce, et al. v. Officer Washburn, et al.*, No. 1:21-cv-01291-BAM. (Doc. No. 9.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*. at 4.) No objections have been filed, and the deadline to do so has expired.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings

1

and recommendations to be supported by the record and by proper analysis.

    Accordingly,

1. The findings and recommendations entered on September 7, 2021 (Doc. No. 9), are adopted in full;
2. This action is dismissed as duplicative of *David Ponce, et al. v. Officer Washburn, et al.*, Case No. 1:21-cv-01291-BAM; and
3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close the case.

IT IS SO ORDERED.

Dated:   **October 22, 2021**            /s/ Dale A. Drozd
                                             UNITED STATES DISTRICT JUDGE